


JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH STANCLE, | Case No.  CV 09-1451-ODW  (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| IVAN D. CLAY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: July 8, 2009

_____
Otis D. Wright, II
United States District Judge